PD-0475-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/28/2015 2:41:08 PM
Accepted 4/29/2015 11:03:52 AM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
TEXAS

_____

Court of Appeals, Fourth District Case Number 04-14-00236-CR

TROY CURTIS,
*Petitioner,*

v.

STATE OF TEXAS,
*Respondent.*

_____

**APPLICATION FOR EXTENSION OF TIME TO FILE
A PETITION FOR REIVEW
TO THE SUPREME COURT OF TEXAS**

_____

Robert Sirianni, Esq.
*Counsel of Record*
Law Office of Robert L. Sirianni, Jr.
200 North New York Avenue
Suite 201
Winter Park, Florida 32789
(407) 388-1900
*Counsel for Petitioner*

FILED IN
COURT OF CRIMINAL APPEALS

April 29, 2015

ABEL ACOSTA, CLERK

To the Honorable Chief Justice of the Texas Supreme Court:

Petitioner, Troy Curtis, respectfully requests an extension of time to file a Petition for Review to review an opinion rendered by the Court of Appeals of Texas, Fourth District, dated February 11, 2015. The Court of Appeals opinion was entered in favor of the Appellee, State of Texas, after the Appellant, Troy Curtis, appealed a trial court judgment and sentence in a criminal case.

Consequently, pursuant to Rule 53 of the Rules of the Texas Supreme Court, the Petition for Review was due to this Court on or before March 28, 2015. This Court's jurisdiction rests on Texas Rule of Appellate Procedure 53. Petitioner filed an extension of time in the Texas Supreme Court requesting until April 28, 2015 to file a Petition for Review. On March 31, 2015, the Texas Supreme Court recognized the error and defect in the filing and stated:

> The Supreme Court is the state's highest appellate court for civil cases. The Supreme Court does not have jurisdiction over criminal cases. See Tex. Gov't Code §§ 22.001-22.002. The Court of Criminal Appeals has final jurisdiction over criminal matters in the State of Texas. See Tex. Gov't Code § 22.001 & Texas Constitution, Article V, Section 3. A petition for discretionary review in a criminal case must be filed with the clerk of the Court of Criminal Appeals. See TEX. R. APP. P. 68.3.

The error occurred as the Petitioner's counsel inadvertently filed the extension in the Civil Division of the Texas Supreme Court, not the instant Court.

Petitioner respectfully requests that he be granted an extension of time to file his petition by an additional forty-five (45) days, up to and including June 12, 2015, based on extraordinary circumstances. For example, the undersigned was recently retained and must prepare all records and exhibits in support of the application for review. The undersigned attorney understands that applications for extensions of time are disfavored by this Court, especially when the application is made within a few days of the petition's due date. Undersigned counsel is reluctant to file the instant application; however, there exists good cause in this case, which necessitates an extension of time in order for the undersigned counsel to adequately represent Petitioner. To wit, undersigned counsel was very recently retained, and would have to prepare the petition in less than a week in order to meet the current due date. Undersigned counsel did not represent Mr. Curtis in any of the proceedings below, and thus requires additional time to review the entire record and properly prepare the petition.

## Certificate of Consultation

The law firm attempted to contact counsel for the Appellee, State of Texas, to ascertain if they object to the instant motion. The law firm was not able to reach opposing counsel and does not know if there is an objection to this request for an extension of time.

WHEREFORE Petitioner respectfully requests that this Honorable Court grant him an extension of time by an additional forty-five (45) days, up to and including June12, 2015, within which to file his Petition for Review.

Dated: April 28, 2015

Respectfully submitted,


/s/*Robert L. Sirianni, Jr.____*
ROBERT SIRIANNI, JR, Esquire
Texas Bar Number 24086378
*Counsel of Record*
Law Office of Robert L. Sirianni, Jr.
201 North New York Avenue
Suite 200
Winter Park, Florida 32789
(407) 388-1900
robertsirianni@brownstonelaw.com
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, in accordance with Rule 53 of the Texas Rules of Appellate Procedure, I furnished a true and correct copy of the foregoing application for extension of time, by United States Postal Service, this 28th day of April, 2015 to:

The Office of the State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711

/s/*Robert L. Sirianni, Jr.*_____
ROBERT SIRIANN, JR., ESQ